JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL RICONOSCIUTO, ) | |
| ) | |
| Petitioner, ) | CV No. CV 17-1088-JAK (AJW) |
| ) | |
| v. ) | |
| ) | JUDGMENT |
| STEVEN LANGFORD, WARDEN, ) | |
| NOEL JONES, U.S. PROBATION ) | |
| AND PAROLE, ) | |
| ) | |
| Respondents. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: February 16, 2017

_____
John A. Kronstadt
United States District Judge